IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:14-mj-106-TFM |
| | ) | |
| JONATHAN STOPPLEBEIN | ) | |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and requests that the Court grant its' Motion for Leave to Amend Complaint, and as grounds states as follows:

1. The charging document has the defendant's name misspelled.

2. The government was made aware of the correct spelling of defendant's last name, which is "**Stoppelbein**."

3. The government respectfully requests that the Court permit the amendment of the complaint to reflect the proper spelling of the defendant's last name.

4. No additional offense is charged and no substantial right of the defendant will be prejudiced by such amendment.

Based on the above, the Government requests that the Court grant leave to amend the complaint to reflect the proper spelling of defendant's last name as "**Stoppelbein**."

Respectfully submitted this the 24th day of July, 2014.

        GEORGE L. BECK, JR.
        UNITED STATES ATTORNEY


        /s/Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        334.223.7280
        334.223.7135 (fax)
        Email: Verne.Speirs@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **CR. NO. 3:14-mj-106-TFM** |
| ) | |
| **JONATHAN STOPPLEBEIN** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Laronda Renee Martin, Esq.

    Respectfully submitted,

    GEORGE L. BECK, JR.
    UNITED STATES ATTORNEY

    /s/Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    334.223.7280
    334.223.7135 (fax)
    Email: Verne.Speirs@usdoj.gov

3