IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )       CRIMINAL ACTION NO.
                            )          3:14cr429-MHT
JONATHAN STOPPELBEIN        )              (WO)
                            )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel entered April 19, 2016, and after an independent and de novo review of the record, it is ORDERED that defendant Jonathan Stoppelbein's "Motion for Resentencing under United States Sentencing Guidelines Amendment 782" (doc. no. 145) is denied.

Defendant Stoppelbein is ineligible for a sentence reduction because Amendment 782 had already gone into effect when he was sentenced; in other words, Stoppelbein was sentenced under the revised guidelines.

DONE, this the 19th day of April, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE